AO 102 (01/09)  Application for a Tracking Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of South Dakota

In the Matter of the Tracking of                              )
*(Identify the person to be tracked or describe*             )
*the object or property to be used for tracking)*            )
21-169-04                                                     )          Case No.   5:21-mj-152
                                                             )
                                                             )

## APPLICATION FOR A TRACKING WARRANT

I, a federal law enforcement officer or attorney for the government, have reason to believe that the person, property, or object described above has been and likely will continue to be involved in one or more violations of __21__ U.S.C. §█████████ . Therefore, in furtherance of a criminal investigation, I request authority to install and use a tracking device or use the tracking capabilities of the property or object described above to determine location. The application is based on the facts set forth on the attached sheet.

- ☑ The person, property, or object is located in this district.
- ☐ The person, property, or object is not now located in this district, but will be at the time of execution.
- ☐ The activity in this district relates to domestic or international terrorism.
- ☐ Other:

The tracking will likely reveal these bases for the warrant under Fed. R. Crim. P. 41(c): *(check one or more)*

- ☑ evidence of a crime;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ a person to be arrested or a person who is unlawfully restrained.

☑ I further request, for purposes of installing, maintaining or removing the tracking device, authority to enter the following vehicle or private property, or both:

████████████████████████████████████████████

☑ Delayed notice of ~~45~~ 30 VLD days (give exact ending date if more than 30 days: ~~11/02/2021~~ VLD ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Brandon Purcell, DEA SA
*Applicant's printed name and title*

Sworn to ~~before me and signed in my presence.~~ *VLD telephonically.*

Date: 9-17-2021

City and state:   Sioux Falls, SD

_____
Judge's signature

Veronica L. Duffy, United States Magistrate Judge
*Printed name and title*

AO 104 (Rev. 07/16) Tracking Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

| | |
|---|---|
| In the Matter of the Tracking of<br>*(Identify the person, property, or object to be tracked)*<br><br>21-169-04 | )<br>)<br>)<br>)<br>)<br>) |

Case No.  5:21-mj-152

## TRACKING WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government shows there is reason to believe that the person, property, or object described above has been involved in and likely will continue to be involved in the criminal activity identified in the application, and  ☑ is located in this district;   ☐ is not now located in this district, but will be at execution;   ☐ the activity in this district relates to domestic or international terrorism;   ☐ other:

I find that the affidavit(s), and any recorded testimony, establish probable cause to believe that *(check the appropriate box)*  ☐ using the object   ☑ installing and using a tracking device to monitor the location of the person, property, or object will satisfy the purpose set out in Fed. R. Crim. P. 41(c) for issuing a warrant.

☑ I find entry into the following vehicle or onto the following private property to be necessary without approval or knowledge of the owner, custodian, or user of the vehicle or property for installing, maintaining, and removing the tracking device: ████████████████████████████████████

**YOU ARE COMMANDED** to execute this warrant and begin use of the object or complete any installation authorized by the warrant by _10-1-2021_ *(no later than 10 days from the date this warrant was issued)* and may continue to use the device until _11-2-2021_ *(no later than 45 days from the date this warrant was issued)*. The tracking may occur within this district or another district. To install, maintain, or remove the device, you may enter *(check boxes as appropriate)*

☐ into the vehicle described above      ☐ onto the private property described above
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Within 10 calendar days after the use of the tracking device has ended, the officer executing this warrant must both return it to *(United States Magistrate Judge)* _____ and — unless delayed notice is authorized below — serve a copy of the warrant on the person who, or whose property or object, was tracked.

☐ Pursuant to 18 U.S.C. § 3103a(b)(1), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and this warrant prohibits the seizure of any tangible property or any wire or electronic communications (as defined in 18 U.S.C § 2510).  I therefore authorize the officer executing this warrant to delay notice to the person who, or whose property or object, will be tracked *(check the appropriate box)*

☑ for  _30_  days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  _9-17-2021 at 2:20pm CDT_ _____
                                                                                              *Judge's signature*

City and state:    Sioux Falls, SD                   Veronica L. Duffy, United States Magistrate Judge
                                                                                   *Printed name and title*

AO 104 (Rev. 07/16)  Tracking Warrant (Page 2)

Case No.   5:21-mj-152

### Return of Tracking Warrant With Installation

1.   Date and time tracking device installed:  _____

2.   Dates and times tracking device maintained:  _____

3.   Date and time tracking device removed:  _____

4.   The tracking device was used from *(date and time)*:  _____

     to *(date and time)*:  _____.

### Return of Tracking Warrant Without Installation

1.   Date warrant executed:  _____

2.   The tracking information was obtained from *(date and time)*:  _____

     to *(date and time)*:  _____.

### Certification

I declare under the penalty of perjury that this return is correct and was returned along with the original warrant to the designated judge.

Date:  _____

                    _____

                          *Executing officer's signature*

                    _____

                          *Printed name and title*

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of the Tracking of<br><br>21-169-04 | ) Case No. ___5:21-mj-152___<br>)<br>) REDACTED AFFIDAVIT FOR<br>) SEARCH WARRANT<br>) |

## INTRODUCTION AND AGENT BACKGROUND

I, Special Agent Brandon Purcell, being first duly sworn, hereby depose and state as follows:

1.     I am a Special Agent with the United States Department of Justice, Drug Enforcement Administration (DEA), and have been so employed since July 2020. I am currently assigned to the DEA Sioux Falls Resident Office (SFRO) and empowered to conduct investigations of ███████████████████████ violations under Titles ███████████████████████. I have received 16 weeks of specialized training in Quantico, Virginia, pertaining to ████ ████████████████████████████████████████████ I have received training for and conducted investigations related to narcotics, vice activities, homicide, economic crimes, and public corruption crimes.

2.     Prior to becoming a DEA Special Agent, I was a Special Agent with the United States Department of Homeland Security/Homeland Security Investigations. Prior to that, I was a Special Agent with the Florida Department of Law Enforcement and assigned to the DEA as a Task Force Officer (TFO). I have training and experience concerning investigations of federal and state narcotics laws and have participated in the investigation of such state and federal violations on numerous occasions. I have assisted in the preparation and execution of numerous state and federal search warrants. I have attended and completed courses of instruction relating to investigative techniques in narcotics and financial investigations. I have received training, both formal and informal, in drug trafficking and money laundering investigations. I have participated in and conducted investigations resulting in the arrests of individuals who received and distributed controlled substances, and the seizures of illegal narcotics. Further, in connection with these and other narcotics cases, I have conducted follow-up investigations relating to the identification of co-conspirators through the use of ledgers, telephone bills, records and photographs.

3.     I have participated in investigations involving the interception of wire communications, the interception of electronic communications, and the use of video surveillance. I am familiar with the manner in which narcotics traffickers and money launderers conduct their business, including, but not limited to, their methods of importing and distributing controlled substances, their use of cellular telephones, pay phones, prepaid calling cards and digital display paging devices, and their use of numerical codes and coded and/or cryptic language, words, and references to conduct their transactions.

4.     As part of my duties as a DEA Special Agent, I have been involved in the debriefing of defendants, witnesses and informants, as well as others who have knowledge of th████████████████████████████████████████ conducted or participated in physical surveillance, electronic surveillance, controlled buy/transactions, undercover operations and the execution of search warrants. Specifically, I have supported Title III investigations involving the use of electronic communications interceptions through monitoring, technical operations, surveillance and arrests.

5.     Based on my training, experience, and participation in investigations of state and federal



. Through these investigations, my experience and training, and conversations with other law enforcement personnel, I have become familiar with the methods used by████

investigation.

6.     Further, based on my training and experience in investigating████ ████████████████████████████████████████ Based on my experience in conducting these investigations, I have developed skills in this area and can determine when telephonic information devices are essential to a successful investigation.

7.     I know, from training and experience in the field of ███████████████ ████████████████████████████████████████████████ ████████████████████████████████ften utilize cellular telephones and text messaging to arrange their crimes or coordinate with co-conspirators. Numerous times, drug dealers place these telephones in the names of family, friends, or fictitious names, and/or purchase unsubscribed prepaid cellular telephones to avoid detection. Another technique often used by ████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████

8.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

9.     Through this affidavit, your Affiant is requesting a warrant be issued for the installation and monitoring of a GPS tracking device for the following vehicle: ██████████████████████████████████████████████████ ████████████████████████████████████ hereinafter **THE SUBJECT VEHICLE**), which is suspected of being used in furtherance of ████████████████████████████████████████████████████████████).

10.    I seek authority under 18 U.S.C. § 3117 and Rule 41(b)(4) of the Federal Rules of Criminal Procedure to place a tracking device on **THE SUBJECT VEHICLE**), within 14 days from the date the warrant is issued. Further, I seek authority to monitor **THE SUBJECT VEHICLE's** whereabouts, wherever it may be found, via the tracking device for a period not to exceed 45 days from the date of issuance of the warrant, subject to any Court authorized extensions thereof.

11.    I further state that there is probable cause to believe that the installation of a tracking device in or on **THE SUBJECT VEHICLE**, and use of the tracking device, will lead to evidence, fruits, and instrumentalities of the aforementioned crimes as well as to the identification of individuals who are engaged in the commission of those and related crimes.

12.    Because this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that evidence of violations of United States Code are located at the premises mentioned in this affidavit.

[3]

13.    I have received information from other law enforcement officers and sources of information by either verbal or written report. The officers and sources providing information may have received the information by way of personal knowledge or from another source.

**PROBABLE CAUSE**

14.







28.





38. 



[10]







65. 



[15]



[16]



[17]





[19]



[20]



[21]





_____
Brandon Purcell, Special Agent
Drug Enforcement Administration


Subscribed and sworn to me, telephonically, on the ___17th___ day of September, 2021, in Sioux Falls, South Dakota.

_____
VERONICA L. DUFFY
UNITED STATES MAGISTRATE JUDGE

[24]